■ JOHNNY WU, Appellant, v "JOHN DOE/JANE DOE" et al., Defendants. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Nonparty Respondent. [35 NYS3d 655]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Nahman, J.), entered June 30, 2015, which denied his motion for leave to commence an action against the Motor Vehicle Accident Indemnification Corporation.

Ordered that the order is affirmed, with costs.

Contrary to the plaintiff's contention, the Supreme Court properly denied his motion for leave to commence an action against the Motor Vehicle Accident Indemnification Corporation (*see* Insurance Law § 5218; CPLR 304, 403; *Archer v Motor Veh. Acc. Indem. Corp.*, 118 AD3d 5 [2014]; *Matter of Acosta-Collado v Motor Veh. Acc. Indem. Corp.*, 103 AD3d 714, 715 [2013]). Mastro, J.P., Rivera, Sgroi and Maltese, JJ., concur.